No. 79–949.   TEXAS *v.* REYNOLDS; and TEXAS *v.* COLUNGA. Ct. Crim. App. Tex.   Motion of respondent Reynolds for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 79–962.   TENNESSEE GAS PIPELINE CO., A DIVISION OF TENNECO, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir.   Motion of petitioner to defer consideration of petition for writ of certiorari and certiorari denied.

No. 79–5942.   GIBSON *v.* RICKETTS, WARDEN.   Sup.. Ct. Ga.   Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 78–1143.   VANCE, SECRETARY OF STATE *v.* TERRAZAS, 444 U. S. 252;

No. 78–1268.   MARTINEZ ET AL. *v.* CALIFORNIA ET AL., 444 U. S. 277;

No. 79–766.   McGHEE *v.* IOWA, 444 U. S. 1039;

No. 79–5481.   McELROY *v.* WILSON ET AL., 444 U. S. 971; and

No. 79–5698.   FRANCISSE *v.* HOLLYWOOD CHEROKEE APARTMENTS ET AL., 444 U. S. 1047.   Petitions for rehearing denied.